67,714-11

December 16, 2015

Attention: Ms. Robyn Flowers,
District Clerk
1100 University Avenue, Suite 209
Walker County Courthouse
Huntsville, Texas 77340

RE: Cause Number 21,928-A5 and my receiving application without pages 12 thru 15 which was included when I mailed it to this Court.

Dear Ms. Flowers:

I mailed Court a Copy of complete 11.07 application by certified mail with return receipt No. 7014 2120 0002 0007 5425 which return shows Ms. Carroll Standley signed and received the documents. The application was stapled when I sent it and thoroughly checked to assure that all pages were in tact. It clearly states in instructions of application, Number 3 that the entire writ application must be filed, even those sections not applying to me. If any pages are missing from the form, my entire application may be dismissed as non-compliant. Tex. Code Crim. Proc., art 2.21(a)(1)(3) states: In a criminal proceeding, a clerk of the district or county court shall receive and file all papers, issue all process.

I am informing you that the copy you sent back to me is missing pages 12-15 of the 11.07 application which I ask you to check your copy on file to make sure it is complete and also forward to me the missing pages, 12-15 so it can be added to the documents you already sent to me to complete my copy. I would appreciate your help in making necessary correction. Thank you.

Respectfully Submitted,

David James/# 1251548
McConnell Unit
3001 South Emily Drive
Beeville, Texas 78102

C.C. File:
Court of Criminal Appeals,
Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 18 2015

Abel Acosta, Clerk